25

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 01-40694

---

IN RE: MIGUEL LUCIO BOTELLO,   CAB-95-30

Movant.

U.S. COURT OF APPEALS
**FILED**

AUG 0 6 2001

CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED

AUG 0 9 2001

Michael N. Milby
Clerk of Court

---
Motion for an order authorizing
the United States District Court for the Southern
District of Texas to consider
a successive 28 U.S.C. § 2255 motion
---

Before JONES, SMITH and EMILIO M. GARZA, Circuit Judges.

BY THE COURT:

Miguel Lucio Botello, federal prisoner #58207079, has filed a motion requesting authorization to file a successive 28 U.S.C. § 2255 motion. He argues that: (1) the totality of the circumstances surrounding his trial and the investigative procedures regarding his conviction resulted in the denial of his constitutional rights to due process and a fair trial; and (2) the jury was never charged that aiding and abetting was an element of his offense of conviction, in violation of Apprendi v. New Jersey, 530 U.S. 466 (2000).

Botello has not shown that his proposed claims involve either newly discovered evidence or a new rule of constitutional law made retroactive by the Supreme Court. See 28 U.S.C. § 2255; Tyler v. Cain, 121 S. Ct. 2478, 2482 (2001); In re Tatum, 233 F.3d 857, 858-59 (5th Cir. 2000). Accordingly, his motion for

O R D E R
No. 01-40694
-2-

authorization to file a successive 28 U.S.C. § 2255 motion is

DENIED.

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
                    Deputy

New Orleans, Louisiana   8-6-01